PROB 22  
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*  
2:19CR00048-01

CASE NUMBER *(Rec. Court)*  
21-CR-185 (RMB)

| | | |
|---|---|---|
| **NAME AND ADDRESS OF SUPERVISED RELEASEE:**<br>George Peltz | **DISTRICT**<br>Eastern District<br>of Pennsylvania | **DIVISION** |
| | **NAME OF SENTENCING JUDGE**<br>The Honorable Jeffrey L. Schmehl | |
| **OFFENSE** | **DATES OF SUPERVISED RELEASE:**     **FROM**     **TO**<br>                                         10/21/2020    10/20/2022 | |

Tax evasion (Count One); failing to pay over payroll taxes (Count Two); and theft from employee benefit plan (Count Three).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 2/22/2021 | /s/ Jeffrey L. Schmehl |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **District of New Jersey**

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 3/4/21 | [signature] |
|---|---|
| Effective Date | United States District Judge |